UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHY DUMONT
        Plaintiff

V.

                                        CIVIL ACTION: 18CV10907-RWZ

REILY FOODS COMPANY ET AL
        Defendant

## JUDGMENT

ZOBEL, D.J.                                                                             SEPTEMBER 24, 2018

In accordance with the MEMORANDUM OF DECISION & ORDER entered on 09/24/2018 ; Judgment is entered DISMISSING the complaint.

By the Court,

                                  s/ MATTHEW MCKILLOP
                                      DEPUTY CLERK