```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

KATHY DUMONT
Plaintiff(s)

v.                                    CIVIL ACTION NO. 18CV10907-RWZ

REILY FOODS CO., ET AL
     Defendant(s)

### JUDGMENT IN A CIVIL CASE

ZOBEL, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[**X**]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS   ORDERED AND ADJUDGED**

In accordance with the Endorsed Order entered on 11/27/19; Judgment is entered for Defendants.

                                       Robert Farrell, CLERK

                                       s/ Lisa A. Urso
Dated; 11/27/19                        Deputy Clerk